CLOSED,JMS,PATENT,REF_EVENTS ONLY (NEFs)

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
## CIVIL DOCKET FOR CASE #: 0:25−cv−60483−MD

| | |
|---|---|
| IoT Innovations LLC v. Lutron Electronics Co., Inc. | Date Filed: 03/12/2025 |
| Assigned to: Judge Melissa Damian | Date Terminated: 03/30/2026 |
| Referred to: Magistrate Judge Jared M. Strauss | Jury Demand: Plaintiff |
| Cause: 35:0183 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**IoT Innovations LLC**                    represented by    **Kristin Michelle Whidby**
Rozier Hardt McDonough PLLC
1500 K Street
Washington, DC 20005
(202) 217−0575
Email: Kristin@rhmtrial.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James F. McDonough , III**
Rozier Hardt McDonough PLLC
659 Auburn Avenue, Suite 254
Atlanta, GA 30312
(404) 996−0869
Email: jim@rhmtrial.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Roy Gilchrist**
Allen, Dyer, Doppelt & Gilchrist, PA
255 S Orange Ave Ste 1401
Orlando, FL 92801
407−841−2330
Fax: 407−841−2343
Email: bgilchrist@allendyer.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lutron Electronics Co., Inc.**                    represented by    **Jay Brian Shapiro**
Stearns Weaver Miller Weissler Alhadeff &
Sitterson
150 W Flagler Street
Suite 2200
Miami, FL 33130
305−789−3229
Fax: 789−3395
Email: jshapiro@stearnsweaver.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Alejandro David Rodriguez**
Stearns Weaver Miller Weissler Alhadeff ,
Sitterson, P.A.
150 West Flagler Street
Miami, FL 33130
305−975−0783
Email: arodriguez@stearnsweaver.com
*ATTORNEY TO BE NOTICED*

**Ian F. Sprague**
Wilson Sonsini Goodrich & Rosati, P.C.
1900 Avenue of the Stars, Floor 28
Century City, CA 90067
424−446−6942
Email: isprague@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James C. Yoon**
Wilson, Sonsini Goodrich & Rosati, P.A.
650 Page Mill Road
Palo Alto, CA 94304
650−493−9300
Email: jyoon@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew A. Macdonald**
Wilson Sonsini Goodrich & Rosati, P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90013
(323) 210−2900
Email: matthew.macdonald@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mikaela E. Evans−Aziz**
Wilson Sonsini Goodrich & Rosati, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
415−947−2000
Email: mevansaziz@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Neil N. Desai**
Wilson Sonsini Goodrich & Rosati, P.C.
953 East Third Street, Suite 100
Los Angeles,, CA 90013
(323) 210−2900
Email: ndesai@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2025 | Ï 1 | COMPLAINT *for Patent Infringement* against Lutron Electronics Co., Inc.. Filing fees $ 405.00 receipt number AFLSDC−18278376, filed by IoT Innovations LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Summon(s), # 9 Civil Cover Sheet)(Gilchrist, Brian) (Entered: 03/12/2025) |
| 03/12/2025 | Ï 2 | Clerks Notice of Judge Assignment to Judge Melissa Damian.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Alicia O. Valle is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. (cwc) (Entered: 03/13/2025) |
| 03/13/2025 | Ï 3 | Summons Issued as to Lutron Electronics Co., Inc.. (cwc) (Entered: 03/13/2025) |
| 03/13/2025 | Ï 4 | FORM AO 120 SENT TO DIRECTOR OF U.S. PATENT AND TRADEMARK (Attachments: # 1 Complaint and Exhibit) (cwc) (Entered: 03/13/2025) |
| 03/13/2025 | Ï 5 | Bar Letter re: Admissions sent to attorney James F. McDonough, III, mailing date March 13, 2025, (pt) (Entered: 03/13/2025) |
| 03/17/2025 | Ï 6 | NOTICE of Attorney Appearance by Kristin Michelle Whidby on behalf of IoT Innovations LLC (Whidby, Kristin) (Entered: 03/17/2025) |
| 03/17/2025 | Ï 7 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for James F. McDonough, III. Filing Fee $ 250.00 Receipt # AFLSDC−18289163 by IoT Innovations LLC. Responses due by 3/31/2025. (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Gilchrist, Brian) (Entered: 03/17/2025) |
| 03/18/2025 | Ï 8 | ORDER granting 7 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) James F. McDonough, III, Esq.. Signed by Judge Melissa Damian on 3/18/2025. *See attached document for full details.* (drz) (Entered: 03/19/2025) |
| 03/24/2025 | Ï 9 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by IoT Innovations LLC. Lutron Electronics Co., Inc. served on 3/21/2025, response/answer due 4/11/2025. (Whidby, Kristin) (Entered: 03/24/2025) |
| 03/24/2025 | Ï 10 | NOTICE of Attorney Appearance by Jay Brian Shapiro on behalf of Lutron Electronics Co., Inc.. Attorney Jay Brian Shapiro added to party Lutron Electronics Co., Inc.(pty:dft). (Shapiro, Jay) (Entered: 03/24/2025) |
| 03/24/2025 | Ï 11 | NOTICE of Attorney Appearance by Alejandro David Rodriguez on behalf of Lutron Electronics Co., Inc.. Attorney Alejandro David Rodriguez added to party Lutron Electronics Co., Inc.(pty:dft). (Rodriguez, Alejandro) (Entered: 03/24/2025) |
| 03/24/2025 | Ï 12 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for James C. Yoon. Filing Fee $ 250.00 Receipt # AFLSDC−18309591 by Lutron Electronics Co., Inc.. Responses due by 4/7/2025. (Attachments: # 1 Certification of James C. Yoon, # 2 Text of Proposed Order)(Shapiro, Jay) (Entered: 03/24/2025) |
| 03/24/2025 | Ï 13 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Mikaela E. Evans−Aziz. Filing Fee $ 250.00 Receipt # AFLSDC−18309636 by Lutron Electronics Co., Inc.. Responses due by 4/7/2025. (Attachments: # 1 Certification of Mikaela E. Evans−Aziz, # 2 Text of Proposed Order)(Shapiro, Jay) (Entered: |

| | | 03/24/2025) |
|---|---|---|
| 03/26/2025 | 14 | ORDER granting 13 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Mikaela E. Evans–Aziz. Signed by Judge Melissa Damian on 3/26/2025. *See attached document for full details.* (ksr) (Entered: 03/26/2025) |
| 03/26/2025 | 15 | ORDER granting 12 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) James C. Yoon. Signed by Judge Melissa Damian on 3/26/2025. *See attached document for full details.* (ksr) (Entered: 03/26/2025) |
| 03/26/2025 | 16 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for IAN F. SPRAGUE. Filing Fee $ 250.00 Receipt # AFLSDC–18315071 by Lutron Electronics Co., Inc.. Responses due by 4/9/2025. (Attachments: # 1 Certification)(Shapiro, Jay) (Entered: 03/26/2025) |
| 03/26/2025 | 17 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Matthew A. Macdonald. Filing Fee $ 250.00 Receipt # AFLSDC–18315704 by Lutron Electronics Co., Inc.. Responses due by 4/9/2025. (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Shapiro, Jay) (Entered: 03/26/2025) |
| 03/26/2025 | 18 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Neil N. Desai. Filing Fee $ 250.00 Receipt # AFLSDC–18315752 by Lutron Electronics Co., Inc.. Responses due by 4/9/2025. (Attachments: # 1 Certification, # 2 Text of Proposed Order)(Shapiro, Jay) (Entered: 03/26/2025) |
| 03/26/2025 | 19 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 1 Complaint, by Lutron Electronics Co., Inc.. (Attachments: # 1 Text of Proposed Order)(Shapiro, Jay) (Entered: 03/26/2025) |
| 03/27/2025 | 20 | PAPERLESS ORDER granting 19 Defendant's Unopposed Motion for Extension of Time to Respond to Complaint. Finding good cause for the requested extension of time, and noting the Motion is unopposed, it is ORDERED AND ADJUDGED that the Motion is **GRANTED**. Defendant shall file a response to the Complaint on or before **May 12, 2025**. (Response/Answer due 5/12/2025). Signed by Judge Melissa Damian on 3/27/2025. (oco) (Entered: 03/27/2025) |
| 03/31/2025 | 21 | ORDER granting 16 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Ian F. Sprague. Signed by Judge Melissa Damian on 3/31/2025. *See attached document for full details.* (amb) (Entered: 03/31/2025) |
| 03/31/2025 | 22 | ORDER granting 17 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Matthew A. Macdonald. Signed by Judge Melissa Damian on 3/31/2025. *See attached document for full details.* (amb) (Entered: 03/31/2025) |
| 03/31/2025 | 23 | ORDER granting 18 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney(s) Neil N. Desai. Signed by Judge Melissa Damian on 3/31/2025. *See attached document for full details.* (amb) (Entered: 03/31/2025) |
| 04/28/2025 | 24 | MOTION to Change Venue *[Transfer Venue] and Supporting Memorandum of Law* by Lutron Electronics Co., Inc.. Responses due by 5/12/2025. (Attachments: # 1 Exhibit A – Yoon Declaration, # 2 Exhibit B – Oster Declaration)(Rodriguez, Alejandro) (Entered: 04/28/2025) |
| 05/12/2025 | 25 | MOTION to Dismiss 1 Complaint, *[AND SUPPORTING MEMORANDUM OF LAW]* by Lutron Electronics Co., Inc.. Responses due by 5/27/2025. (Attachments: # 1 Exhibit A)(Shapiro, Jay) (Entered: 05/12/2025) |

| 05/12/2025 | 26 | MOTION For Leave To Conduct Expedited Venue Discovery And To Extend Time To Respond To Defendant's Motion To Transfer Venue by IoT Innovations LLC. (Attachments: # 1 Exhibit 1. Discovery Request, # 2 Exhibit 2. Discovery Request, # 3 Exhibit 3. Deposition Notice, # 4 Exhibit A. Lutron Experience Centers Overview, # 5 Exhibit B. Lutron Expands Lighting and Shade Control Market in South Florida, # 6 Exhibit C. Lutron Engineering Office Listings, # 7 Exhibit D. Senior Project Mechanical Engineer Profile, # 8 Exhibit E. Systems Infrastructure Developer Profile, # 9 Exhibit F. Patent Inventor Record –, # 10 Exhibit G. April 15, 2025 Email, # 11 Exhibit H. May 1–2, 2025 email communications between)(Whidby, Kristin) Modified on 5/19/2025 (sk). Added MOTION to Extend Time To Respond To Defendant's Motion To Transfer Venue. Modified text/status per Chambers on 5/19/2025 (sk). (Entered: 05/13/2025) |
|---|---|---|
| 05/15/2025 | 27 | RESPONSE to Motion re 24 MOTION to Change Venue *[Transfer Venue] and Supporting Memorandum of Law referencing ECF No. 26 (Plaintiff's "Motion for Leave To Conduct Venue Discovery and to Extend Time To Respond To Defendant's Motion to Transfer Venue")* filed by IoT Innovations LLC. Replies due by 5/22/2025. (Whidby, Kristin) (Entered: 05/15/2025) |
| 05/16/2025 | 28 | Notice of Supplemental Authority re 26 MOTION For Leave To Conduct Expedited Venue Discovery And To Extend Time To Respond To Defendant's Motion To Transfer Venue by IoT Innovations LLC (Attachments: # 1 Exhibit H: Telcom Ventures LLC v. Apple Inc., Case No. 24–23837–CIV, at 2 (S.D. Fla. Apr. 24, 2025)) (Whidby, Kristin) (Entered: 05/16/2025) |
| 05/16/2025 | 29 | ORDER REFERRING 26 MOTION For Leave To Conduct Expedited Venue Discovery And To Extend Time To Respond To Defendant's Motion To Transfer Venue filed by IoT Innovations LLC. Motions referred to Judge Alicia O. Valle. Signed by Judge Melissa Damian on 5/15/2025. *See attached document for full details.* (drz) (Entered: 05/16/2025) |
| 05/19/2025 | 30 | Defendant's REPLY in Support of Motion re 24 MOTION to Change Venue *[Transfer Venue] and Supporting Memorandum of Law*. filed by Lutron Electronics Co., Inc.. (Attachments: # 1 Exhibit A – Declaration of James C. Yoon)(Shapiro, Jay) (Entered: 05/19/2025) |
| 05/19/2025 | 31 | RESPONSE in Opposition re 26 For Leave To Conduct Expedited Venue Discovery MOTION for Extension of Time filed by Lutron Electronics Co., Inc.. Replies due by 5/27/2025. (Attachments: # 1 Exhibit A – Declaration of James C. Yoon)(Shapiro, Jay) (Entered: 05/19/2025) |
| 05/20/2025 | 32 | Unopposed MOTION To Extend Deadlines by IoT Innovations LLC. (Attachments: # 1 Exhibit A)(Whidby, Kristin) (Entered: 05/20/2025) |
| 05/27/2025 | 33 | REPLY in Support of Motion re 26 For Leave To Conduct Expedited Venue Discovery MOTION for Extension of Time. filed by IoT Innovations LLC. (Attachments: # 1 Exhibit I)(Whidby, Kristin) (Entered: 05/27/2025) |
| 05/30/2025 | 34 | PAPERLESS ORDER GRANTING 32 Plaintiff's Unopposed Motion to Extend Deadlines. This Cause is before the Court on Plaintiff's Unopposed Motion for a 6–day extension of time to file a response to Defendant's Motion to Dismiss. The Court, having considered the Motion and noting it is unopposed, and finding good cause, hereby **GRANTS** the Motion. Plaintiff shall have until **June 2, 2025**, to file a response to the Motion to Dismiss. (Responses due by 6/2/2025). Signed by Judge Melissa Damian on 5/30/2025. (oco) (Entered: 05/30/2025) |
| 06/02/2025 | 35 | First AMENDED COMPLAINT *for Patent Infringement* against Lutron Electronics Co., Inc., filed by IoT Innovations LLC. (Attachments: # 1 Exhibit A. Evidence of Use Regarding Infringement of U.S. Patent No. 7,246,173, # 2 Exhibit B. Evidence of Use Regarding Infringement of U.S. Patent No. 7,280,830, # 3 Exhibit C. Evidence of Use Regarding Infringement of U.S. Patent No. 7,408,872, # 4 Exhibit D. Evidence of Use Regarding Infringement of U.S. Patent No. 7,974,260, # 5 Exhibit E. Evidence of Use Regarding Infringement of U.S. Patent No. 7,974,266, # 6 Exhibit F. Evidence of Use Regarding Infringement of U.S. Patent No. 8,401,571, # 7 Exhibit G. Evidence of Use Regarding Infringement of U.S. Patent No. RE44,742, # 8 Affidavit Declaration of Ivan Zatkovich)(Whidby, Kristin) (Entered: 06/02/2025) |

| | | |
|---|---|---|
| 06/05/2025 | 36 | ORDER denying as moot DE 25 Motion to Dismiss. Response to the Amended Complaint due by 6/16/2025. Signed by Judge Melissa Damian on 6/5/2025. *See attached document for full details.* (cwc) (Entered: 06/06/2025) |
| 06/16/2025 | 37 | Defendant's MOTION to Dismiss with Prejudice 35 Amended Complaint/Amended Notice of Removal,,, by Lutron Electronics Co., Inc.. Responses due by 6/30/2025. (Attachments: # 1 Affidavit Declaration of James C. Yoon)(Shapiro, Jay) (Entered: 06/16/2025) |
| 06/30/2025 | 38 | RESPONSE in Opposition re 37 Defendant's MOTION to Dismiss with Prejudice 35 Amended Complaint/Amended Notice of Removal,,, filed by IoT Innovations LLC. Replies due by 7/7/2025. (Attachments: # 1 Appendix A. Table of Means–Plus–Function Claims, # 2 Appendix B. Analysis of Defendan's Claim Construction Arguments, # 3 Exhibit A. Email dated February 3, 2025, # 4 Exhibit B. Letter dated May 23, 2025, # 5 Exhibit C. Letter dated April 30, 2025, # 6 Exhibit D. U.S. Patent No. 7,280,830 (the "'830 patent"), # 7 Exhibit E. U.S. Patent No. RE44,742 (the "'742 patent"), # 8 Exhibit F. U.S. Patent No. 7,246,173 (the "'173 patent"), # 9 Exhibit G. U.S. Patent No. 7,974,266 (the "'266 patent"))(Whidby, Kristin) (Entered: 06/30/2025) |
| 07/07/2025 | 39 | REPLY in Support of Motion re 37 Defendant's MOTION to Dismiss with Prejudice 35 Amended Complaint/Amended Notice of Removal,,, . filed by Lutron Electronics Co., Inc.. (Attachments: # 1 Exhibit Yoon Declaration)(Shapiro, Jay) (Entered: 07/07/2025) |
| 07/24/2025 | 40 | PAPERLESS ORDER DENYING WITHOUT PREJUDICE 26 Plaintiff IoT Innovations LLC's ("Plaintiff") Motion for Leave to Conduct Expedited Venue Discovery and to Extend Time to Respond to Defendant's Motion to Transfer (the "Motion"), which has been referred to the undersigned for appropriate disposition. *See* ECF No. 29 . Relevant to the Motion, in March 2025, Plaintiff filed its Complaint against Defendant, alleging patent infringement as to seven of Plaintiff's federally protected patents. *See generally* ECF No. 1 . Defendant, in turn, filed a Motion to Transfer Venue, requesting that the case be transferred to the U.S. District Court for the Central District of California because: (i) Plaintiff has a similar, earlier–filed, and still–pending patent infringement action against Defendant in California, pursuant to the "first–filed rule;" or, alternatively (ii) California is a more convenient forum for the parties and witnesses, pursuant to 28 U.S.C. § 1404(a). *See generally* ECF No. 24 . The Motion to Transfer Venue remains pending before the District Judge. Instead of responding to Defendant's Motion to Transfer Venue, Plaintiff filed the instant Motion, requesting: (i) leave to conduct venue discovery "to develop the facts relevant to" Defendant's 28 U.S.C. § 1404(a) transfer argument (convenience of the parties and witnesses); and (ii) an extension of the deadline to respond to Defendant's Motion to Transfer Venue until venue discovery is completed. ECF No. 26 at 5. According to Plaintiff, the requested venue discovery "is needed to evaluate [Defendant]'s 1404(a) [transfer] arguments." *Id*. at 16; *see also id*. at 17–21. In response, Defendant urges the undersigned to defer consideration of Plaintiff's request for venue discovery until the District Judge determines Defendant's pending Motion to Transfer Venue based on the first–filed rule, which if granted, would obviate the need, time, and expense for any venue discovery regarding § 1404(a) convenience. ECF No. 31 at 5, 9, 14. Having reviewed the Motion, Response, and relevant case law, the undersigned agrees that such resolution would not only conserve the parties' resources, but also promote judicial efficiency, avoid potentially conflicting results, and expedite resolution of this case. Accordingly, the Motion is **DENIED WITHOUT PREJUDICE** pending the District Court's determination of Defendant's first–filed transfer argument within its 24 Motion to Transfer Venue. Thus, within **14 days** from the date of this Order, Plaintiff must respond to Defendant's first–filed argument within the 24 Motion to Transfer Venue. Within **7 days** of Plaintiff's response, Defendant must file its reply on this issue. Signed by Magistrate Judge Alicia O. Valle on 7/24/2025. (lbe) (Entered: 07/24/2025) |
| 08/07/2025 | 41 | RESPONSE in Opposition re 24 MOTION to Change Venue *[Transfer Venue] and Supporting Memorandum of Law (regarding First–Filed Argument)* filed by IoT Innovations LLC. Replies due by 8/14/2025. (Whidby, Kristin) (Entered: 08/07/2025) |

| 08/14/2025 | 42 | REPLY in Support of Motion re 24 MOTION to Change Venue *[Transfer Venue] and Supporting Memorandum of Law*. filed by Lutron Electronics Co., Inc.. (Attachments: # 1 Exhibit Yoon Declaraion with exhiits)(Shapiro, Jay) (Entered: 08/14/2025) |
|---|---|---|
| 11/26/2025 | 43 | Notice of Supplemental Authority re 37 Defendant's MOTION to Dismiss with Prejudice 35 Amended Complaint/Amended Notice of Removal,,, , 24 MOTION to Change Venue *[Transfer Venue] and Supporting Memorandum of Law* by Lutron Electronics Co., Inc. (Attachments: # 1 Exhibit 1) (Shapiro, Jay) (Entered: 11/26/2025) |
| 12/02/2025 | 44 | RESPONSE to 43 Notice of Supplemental Authority, by IoT Innovations LLC. (Whidby, Kristin) (Entered: 12/02/2025) |
| 12/04/2025 | 45 | NOTICE *of Supplemental Facts In Support of Its Opposition* by IoT Innovations LLC re 24 MOTION to Change Venue *[Transfer Venue] and Supporting Memorandum of Law* (Whidby, Kristin) (Entered: 12/04/2025) |
| 12/09/2025 | 46 | Defendant's REPLY to 45 Notice (Other), 43 Notice of Supplemental Authority, 44 Response/Reply (Other) *in Support of Notice of Supplemental Authority* by Lutron Electronics Co., Inc.. (Shapiro, Jay) (Entered: 12/09/2025) |
| 02/05/2026 | 47 | CLERK'S NOTICE OF REASSIGNMENT OF CASE. Case reassigned to Magistrate Judge Jared M. Strauss for all further proceedings. Magistrate Judge Alicia O. Valle no longer assigned to case. (yar) (Entered: 02/05/2026) |
| 03/20/2026 | 48 | Notice of Supplemental Authority re 37 Defendant's MOTION to Dismiss with Prejudice 35 Amended Complaint/Amended Notice of Removal,,, by Lutron Electronics Co., Inc. (Shapiro, Jay) (Entered: 03/20/2026) |
| 03/30/2026 | 49 | Order denying DE 37 Defendant's MOTION to Dismiss with Prejudice 35 Amended Complaint/Amended Notice of Removal,,, filed by Lutron Electronics Co., Inc., Granting DE 24 MOTION to Change Venue *[Transfer Venue] and Supporting Memorandum of Law* filed by Lutron Electronics Co., Inc.. The Clerk of Court is directed to TRANSFER this case to the United States District Court for the Central District of California.The Clerk of Court is directed to CLOSE this case in this District. Signed by Judge Melissa Damian on 3/30/2026. *See attached document for full details.* (cwc) (Entered: 03/30/2026) |
| 03/30/2026 | 50 | FORM AO 120 SENT TO DIRECTOR OF U.S. PATENT AND TRADEMARK (Attachments: # 1 Order Granting Defendant's Motion to Transfer Venue) (cwc) (Entered: 03/30/2026) |